UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-2004-CAS(CW) | Date | June 1, 2011 |
|---|---|---|---|
| Title | Miguel A. Lugo v. Joseph L. McGrath, Warden. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**        (In Chambers)

    The parties are advised that this matter remains under submission.  A report and recommendation is in process.

```
cc:   Michael Tanaka, Esq.
      Federal Public Defenders Office
      321 East 2nd Street
      Los Angeles, CA 90012-4202

      Peggie Bradford Tarwater, Esq.
      CAAG - Office of Attorney General of California
      300 S. Spring St, Ste 1702
      Los Angeles, CA 90013-1230
```