O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Miguel Angel Lugo, | ) | No. CV 03-2004-CAS(CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING CORRECTED |
| | ) | REPORT AND RECOMMENDATION OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Amy Miller, Warden,[1] | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the corrected Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objection has been made.  The Court notes the following further correction to the corrected Report and Recommendation: the words "Campbell's field identification" at the start of line 25 on page 66 should be substituted for the words "Petitioner's field

---

[1] The warden of the institution where Petitioner is currently incarcerated is Amy Miller.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Amy Miller is accordingly substituted as the proper Respondent in place of Joseph McGrath.

1  identification."  With that correction, the Court accepts the findings
2  and recommendation of the Magistrate Judge.
3      **IT IS THEREFORE ORDERED** that judgment be entered conditionally
4  granting the petition and that Respondent is hereby directed to
5  release Petitioner from custody unless, within sixty days, the State
6  of California grants Petitioner a new trial.

8  DATED: May 15, 2014

                                         _/s/ Christina A. Snyder_
                                         CHRISTINA A. SNYDER
                                         United States District Judge