JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Miguel Angel Lugo, | ) | No. CV 03-2004-CAS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| Amy Miller, Warden,[1] | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is conditionally granted.

DATED: <u>May 15, 2014</u>

_____
CHRISTINA A. SNYDER
United States District Judge

---

[1] The warden of the institution where Petitioner is currently incarcerated is Amy Miller. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Amy Miller is accordingly substituted as the proper Respondent in place of Joseph McGrath.